IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | No: 03:17-CV-00179-PRM |
| v. | § | |
| | § | |
| **YSLETA DEL SUR PUEBLO,** | § | |
| **THE TRIBAL COUNCIL, THE** | § | |
| **TRIBAL GOVERNOR MICHAEL** | § | |
| **SILVAS or his SUCCESSOR,** | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |
| | § | |
| **YSLETA DEL SUR PUEBLO,** | § | |
| **THE TRIBAL COUNCIL, THE** | § | |
| **TRIBAL GOVERNOR MICHAEL** | § | |
| **SILVAS or his SUCCESSOR,** | § | |
| | § | |
| Counter-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| **KEN PAXTON, in his OFFICIAL** | § | |
| **CAPACITY AS THE TEXAS** | § | |
| **ATTORNEY GENERAL,** | § | |
| | § | |
| Counter-Defendant. | § | |
| | § | |

**NOTICE OF ERRATA TO
PUEBLO DEFENDANTS' OPPOSED MOTION
AND MEMORANDUM IN SUPPORT OF MOTION
FOR RECONSIDERATION OF
ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

Pueblo Defendants' submit this Notice of Errata with respect to *Pueblo Defendants' Opposed Motion and Memorandum in Support of Motion for Reconsideration of Order Granting Motion for Summary Judgment* (ECF No. 187) filed with the Court. Local Rule CV-7(g) requires

1

a Proposed Order to be filed with all nondispositive motions, and the required Proposed Order was inadvertently not attached to that filing.

Pueblo Defendants attach (as Exhibit A) a corrected Motion and Memorandum in Support of Motion for Reconsideration of Order Granting Motion for Summary Judgment that includes the required Proposed Order, and respectfully request that this be substituted for the Motion filed on March 1, 2019.

Dated:  March 6, 2019          Respectfully Submitted,

*/s/ Randolph H. Barnhouse*
Randolph H. Barnhouse
Michelle T. Miano
BARNHOUSE KEEGAN SOLIMON & WEST LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123 (telephone)
(505) 842-6124 (facsimile)
dbarnhouse@indiancountrylaw.com
mmiano@indiancountrylaw.com

KEMP SMITH LLP
Richard Bonner
State Bar No. 02608500
Joseph Daniel Austin
State Bar No. 24101470
P.O. Box 2800
El Paso, TX  79999
(915) 553-4424 (telephone)
(915) 546-5360 (facsimile)
Richard.Bonner@kempsmith.com
Joseph.Austin@kempsmith.com

*Attorneys for Pueblo Defendants/Counter-Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Randolph H. Barnhouse*
Randolph H. Barnhouse