IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| STATE OF TEXAS, | § |
| Plaintiff, | § |
| | § No: 03:17-CV-00179-PRM |
| v. | § |
| YSLETA DEL SUR PUEBLO, THE TRIBAL COUNCIL, THE TRIBAL GOVERNOR MICHAEL SILVAS or his SUCCESSOR, | § |
| Defendants. | § |
| YSLETA DEL SUR PUEBLO, THE TRIBAL COUNCIL, THE TRIBAL GOVERNOR MICHAEL SILVAS or his SUCCESSOR, | § |
| Counter-Plaintiffs, | § |
| v. | § |
| KEN PAXTON, in his OFFICIAL CAPACITY AS THE TEXAS ATTORNEY GENERAL, | § |
| Counter-Defendant. | § |

**PUEBLO DEFENDANTS' UNOPPOSED MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Randolph H. Barnhouse, Michelle T. Miano, and the law firm of Barnhouse Keegan Solimon & West LLP, and Richard Bonner, Joseph D. Austin, and the law firm of Kemp Smith LLP, pursuant to Local Rule AT-3, hereby file their Unopposed Motion for Withdrawal and Substitution of Counsel, and would respectfully show the Court as follows:

1. Randolph H. Barnhouse, Michelle T. Miano, and the law firm of Barnhouse Keegan Solimon & West LLP, and Richard Bonner, Joseph D. Austin, and the law firm of Kemp Smith LLP ("Prior Counsel"), have represented Ysleta del Sur Pueblo, the Tribal Council, and the Tribal Governor Michael Silvas or his Successor (collectively, the "Pueblo Defendants") in the above-entitled and numbered cause.

2. The Pueblo Defendants have requested that Prior Counsel take no further action on their behalf in this case. As such, Prior Counsel move the Court to enter an order permitting them to withdraw as counsel of record for the Pueblo Defendants and stating that Brant C. Martin, Joseph R. Callister, Ethan A. Minshull, and the law firm of Wick Phillips Gould & Martin LLP ("New Counsel") be substituted as counsel of record for the Pueblo Defendants. New Counsel has the following contact information:

> Wick Phillips Gould & Martin LLP
> Throckmorton Street #1500
> Fort Worth, Texas 76102
> Telephone: (817) 332-7788
> Fax: (214) 692-6255
> Brant.martin@wickphillips.com
> Joseph.callister@wickphillips.com
> Ethan.minshull@wickphillips.com

3. This withdrawal and substitution of counsel in this action is not sought for the purpose of delay.

4. The Pueblo Defendants consent to this withdrawal and substitution.

5. Pursuant to Local Rule CV-7, counsel for the Plaintiff and Counter-Defendant do not contest the relief sought in this Motion.

WHEREFORE Prior Counsel respectfully request that this Court enter an order permitting the withdrawal of Prior Counsel as counsel of record for the Pueblo Defendants and substituting New Counsel as counsel of record for the Pueblo Defendants.

Dated: March 13, 2019                    Respectfully Submitted,

/s/ Randolph H. Barnhouse
Randolph H. Barnhouse
Michelle T. Miano
BARNHOUSE KEEGAN SOLIMON & WEST LLP
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6123 (telephone)
(505) 842-6124 (facsimile)
dbarnhouse@indiancountrylaw.com
mmiano@indiancountrylaw.com

/s/ Richard Bonner
KEMP SMITH LLP
Richard Bonner
State Bar No. 02608500
Joseph Daniel Austin
State Bar No. 24101470
P.O. Box 2800
El Paso, TX  79999
(915) 553-4424 (telephone)
(915) 546-5360 (facsimile)
Richard.Bonner@kempsmith.com
Joseph.Austin@kempsmith.com

**Prior Counsel for the Pueblo Defendants**

**APPROVED**

/s/ Brant. C. Martin
Brant C. Martin
State Bar No. 24002529
Joseph R. Callister
State Bar No. 24059054
Ethan A. Minshull
State Bar No. 24081045
Wick Phillips Gould & Martin LLP
Throckmorton Street #1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Fax: (214) 692-6255
Brant.martin@wickphillips.com
Joseph.callister@wickphillips.com
Ethan.minshull@wickphillips.com

**New Counsel for the Pueblo Defendants**

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's ECF system on March 13, 2019.

                                    */s/ Randolph H. Barnhouse*
                                    Randolph H. Barnhouse