# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **STATE OF TEXAS,** § | |
| § | |
| Plaintiff, § | |
| § | No: 3:17-CV-00179-PRM |
| v. § | |
| § | |
| **YSLETA DEL SUR PUEBLO,** § | |
| **THE TRIBAL COUNCIL, THE** § | |
| **TRIBAL GOVERNOR MICHAEL** § | |
| **SILVAS or his SUCCESSOR,** § | |
| § | |
| Defendants. § | |
| § | |
| **YSLETA DEL SUR PUEBLO,** § | |
| **THE TRIBAL COUNCIL, THE** § | |
| **TRIBAL GOVERNOR MICHAEL** § | |
| **SILVAS or his SUCCESSOR,** § | |
| § | |
| Counter-Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| **KEN PAXTON, in his OFFICIAL** § | |
| **CAPACITY AS THE TEXAS** § | |
| **ATTORNEY GENERAL,** § | |
| § | |
| Counter-Defendant. § | |

## JOINT STATUS REPORT

Plaintiff the State of Texas ("Plaintiff") and Defendants Ysleta del Sur Pueblo, The Tribal Council, and The Tribal Governor Michael Silvas or his Successor (collectively, "Defendants") submit this Joint Status Report in accordance with the Court's Order dated September 6, 2022 [ECF No. 221].

**Statement Confirming Resolution of All Issues**

The Parties conducted several meetings as directed by the Court Order, including meetings on September 8, 12, 16, and 23, 2022. Ryan Kercher participated in these conferences as counsel for Plaintiff. Brant Martin, Joseph Callister, and Ethan Minshull participated as counsel for Defendants.

As directed by the Court, the Parties conferred concerning the status of the case and whether any issues remain to be resolved after the United States Supreme Court ruling on, and remand of, the appeal of this matter. The Parties both agree that the Supreme Court ruling resolved all claims in the case and there is no need for further proceedings in the District Court. The Parties therefore agree that the case should be dismissed in its entirety.

Plaintiff will file dismissal papers seeking dismissal of all claims, and both Parties respectfully request that the Court dismiss this matter in its entirety and allocate all costs against the party incurring them.

Date: September 27, 2022.                Respectfully submitted,

                                      KEN PAXTON
                                      Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
ryan.kercher@oag.texas.gov

**ATTORNEYS FOR PLAINTIFF
THE STATE OF TEXAS**


*/s/ Brant C. Martin*
Brant C. Martin
brant.martin@wickphillips.com
State Bar No. 24002529
Joseph R. Callister
joseph.callister@wickphillips.com
State Bar No. 24059054
Ethan Minshull
State Bar No. 24081045
Ethan.minshull@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: 817.332.7788
Facsimile: 817.332.7789

**ATTORNEYS FOR DEFENDANTS**