IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS,<br>*Plaintiff*, | §<br>§<br>§ | |
| v. | § | EP-17-CV-179-PRM |
| | § | |
| YSLETA DEL SUR PUEBLO, THE TRIBAL COUNCIL, AND THE TRIBAL GOVERNOR MICHAEL SILVAS OR HIS SUCCESSOR,<br>*Defendants*. | §<br>§<br>§<br>§ | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff State of Texas and Defendants Ysleta del Sur Pueblo, The Tribal Council, and The Tribal Governor or his Successor, file this Joint Stipulation of Dismissal.

Following the United States Supreme Court ruling on, and remand of, the appeal of this matter, the State of Texas will not pursue Counts One and Two in its First Amended Complaint (Dkt. 8), and agrees to fully dismiss this case. Defendants have no live claims at this time. Therefore, the Parties have agreed to enter into this joint stipulation of dismissal to dismiss this case in its entirety.

1

Date: September 27, 2022

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief, General Litigation Division

*/s/Ryan G. Kercher*
RYAN G. KERCHER
Texas Bar No. 24060998
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
ryan.kerchers@oag.texas.gov

**ATTORNEYS FOR PLAINTIFF
THE STATE OF TEXAS**


*/s/ Brant C. Martin*
Brant C. Martin
brant.martin@wickphillips.com
State Bar No. 24002529
Joseph R. Callister
joseph.callister@wickphillips.com
State Bar No. 24059054
Ethan Minshull
State Bar No. 24081045
Ethan.minshull@wickphillips.com
WICK PHILLIPS GOULD & MARTIN LLP
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: 817.332.7788
Facsimile: 817.332.7789

**ATTORNEYS FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 27th day of September, 2022, a true and correct copy of the foregoing was filed using the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Ryan G. Kercher*
RYAN G. KERCHER
Assistant Attorney General
